**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1906**

RESA MCCRAE,

                    Plaintiff - Appellant,

          v.

SHOPPERS FOOD WAREHOUSE CORP.,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Beth  P.  Gesner,  Magistrate  Judge.
(1:11-cv-01368-BPG)

Submitted:  December 26, 2012      Decided:  January 11, 2013

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David  Ledyard-Marks,  LAW  OFFICE  OF  BARRY  R.  GLAZER,  P.C.,
Baltimore,  Maryland,  for  Appellant.   Mark  A.  Kohl,  DECARO,
DORAN,  SICILIANO,  GALLAGHER  &  DEBLASIS,  LLP,  Bowie,  Maryland,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Resa McCrae appeals the magistrate judge's order[*] granting summary judgment in favor of Shoppers Food Warehouse Corp. ("Shoppers"), in her civil action alleging negligence. McCrae argues that there is a genuine dispute of material fact as to whether a dangerous condition existed on Shoppers' premises, whether Shoppers created the dangerous condition, and whether Shoppers had constructive knowledge of the dangerous condition. Our review of the record and the briefs filed by the parties discloses no reversible error.

Accordingly, we affirm for the reasons stated by the magistrate judge. McCrae v. Shoppers Food Warehouse Corp., No. 1:11-cv-01368-BPG (D. Md. June 27, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] With the consent of the parties, the magistrate judge exercised jurisdiction over this litigation, as authorized by 28 U.S.C. § 636(c)(1) (2006).

2